USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/07/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

EDWARD P. MORGAN,

Plaintiff,

-v-

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

Defendant.

---------------------------------------------------------------------- X

25-cv-4398 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 6, 2026, the Court entered an order to show cause why this case should not be dismissed without prejudice for failure to comply with the Court's order and for failure to prosecute. Dkt. No. 12. The Court stated further that: "If there is no timely response, the Court will dismiss the case without prejudice." The parties are further instructed that, to be considered timely, any response to the order to show cause must be filed by October 13, 2026.

SO ORDERED.

Dated: October 7, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge