USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 10/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

EDWARD P. MORGAN,

Plaintiff,

-v-

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

Defendant.

---------------------------------------------------------------------X

25-cv-4398 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On October 6, 2025, the Court issued an order to show cause why this case should not be dismissed without prejudice for failure to comply with the Court's order setting a briefing schedule, Dkt. No. 11, and for failure to prosecute. Dkt. No. 12. The parties were ordered to respond by October 13, 2026. Dkt. No. 13. The Commissioner of Social Security has responded with no objection to this Court's proposal to dismiss without prejudice. Dkt. No. 14. Plaintiff has not filed a timely response. Accordingly, the case is dismissed case without prejudice.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: October 15, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge